# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES CUBBAGE,

      Plaintiff,

v.

THE TALBOTS, INC., and SMARTREPLY, INC.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-0911BHS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Talbots' Motion for Summary Judgment (Dkt. 53) is **GRANTED**.
All claims against Talbots and SmartReply, Inc. are **DISMISSED with prejudice**.

Dated this 9th day of July 2010.

                /s/ Bruce Rifkin
                Clerk

                /s/Gretchen Craft
                Deputy Clerk