UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CUBBAGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE TALBOTS, INC.,<br><br>　　　　Defendant. | NO. 2-09-00911-BHS<br><br>ORDER MODIFYING FINAL ORDER AND JUDGMENT |

THIS MATTER came before the Court based on a joint motion to modify the Final Order and Judgment (Dkt 114) entered on November 5, 2012. The Court having reviewed the motion and the records and files herein, it is hereby

ORDERED as follows:

1. Paragraph 2 in the Final Order and Judgment shall be replaced with the following:

> The Class means:
>
> All persons who received a pre-recorded telephone message in the State of Washington from an automatic dialing and announcing device which contained a promotional or commercial message concerning the Talbots, Inc., during the period of time from June 1, 2005 through and including the Date of Settlement.

ORDER MODIFYING FINAL ORDER AND JUDGMENT - 1 of 2
[100054398.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

2. The date in line 8 of paragraph 7 shall be changed from March 11, 2005 to June 1, 2005.

DATED this 13 day of November, 2012.

_____
HON. BENJAMIN H. SETTLE
United States District Judge

Presented by:

GORDON THOMAS HONEYWELL LLP
Attorneys for Defendant

By: /s/ Bradley A. Maxa
    BRADLEY A. MAXA
    WSBA No. 15198
    bmaxa@gth-law.com

ORDER MODIFYING FINAL ORDER AND JUDGMENT - 2 of 2
[100054398.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565